**Order entered July 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00822-CR

### WILLIAM TRAVIS HENDRIX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82997-2017**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the appointment of counsel. On July 3, 2019, the supplemental clerk's record with the appointment was filed. We **DIRECT** the Clerk to list Hunter Biederman as appellate counsel.

Any amended or supplemental brief is **DUE** by August 19, 2019. If counsel decides to adopt the brief filed on May 28, 2019, he may do so by filing a letter by August 19, 2019 stating his intent to rely on the existing brief.

/s/     BILL PEDERSEN, III
        JUSTICE